AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| LUXE 55, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> HIP PAPERS, LLC, JARRETT BUTLER D/B/A 420 TRADE CO. AND D/B/A 24K BRAND <br><br> *Defendant(s)* | Civil Action No.  2:16-cv-428-PMD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hip Papers, LLC
c/o United States Corporation Agents, Inc., Registered Agent
500 N. Rainbow Blvd., Ste 300A
Las Vegas, NV  89107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
     Joseph T. Belton, Esquire
     Moore & Van Allen, PLLC
     78 Wentworth Street
     Charleston, SC  29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date:  February 12, 2016          s/Elena Graham

                    *Signature of Clerk or Deputy Clerk*